TRANSPACIFIC IMPORTING CO. ET AL. *v.* UNITED STATES

**No. 5151.**—Invoices dated Yokohama, Japan, November 2, 1935, December 18, 1936, etc.
Entered at Seattle, Wash., November 15, 1935, Sumas, Wash., January 15, 1937, etc.
Entry Nos. 2317, 614–K, etc.

(Decided March 5, 1941)

*Lawrence & Tuttle* (*Geo. R. Tuttle* of counsel) for the plaintiffs.
*Charles D. Lawrence*, Acting Assistant Attorney General (*Richard H. Welsh*, special attorney), for the defendant.

TILSON, Judge: The appeals listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon a stipulation to the effect that the issue herein and the issue in *United States* v. *Nippon Dry Goods Co.*, Reap. Dec. 5006, is the same; that the appraised value, less certain additions, represents the proper dutiable export value, and that there is no higher foreign value.

On the agreed facts I find and hold the proper dutiable export value of the items of merchandise marked A and checked by the examiners of record to be the value found by the appraiser, less any additions made by the importer by reason of the so-called Japanese consumption tax. Judgment will be rendered accordingly.